FILED
RECEIVED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP -8 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALD JOSEPH BOGOTAITIS,

Defendant.

Case No. 20-mj-800

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the initial appearance and detention hearing proceedings scheduled for September 8, 2020. I have been advised of the nature of these proceedings and my right to appear in person at these proceedings. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at these proceedings, I knowingly and voluntarily waive my right to appear at these proceedings in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at these proceedings.

_____ for Donald Bogotaitis   9/8/2020
Defendant's Signature                    (date)

_____                         9/8/2020
Signature of Defendant's Attorney        (date)

_____
Judge's Signature                        (date)

**DANIEL J. ALBREGTS**
**U.S. MAGISTRATE JUDGE**

Raquel Lazo

Printed Name of Defendant's Attorney    Judge's Printed Name and Title